THERON S. ATWATER, Respondent, *v.* EDWARD C. WILSON
et al., Appellants.

APPEAL from judgment rendered upon the report of a referee.

*Carman & Atwater*, for respondent.

*J. A. Riggs*, for appellants.

*Per Curiam.*   The findings of the referee are fully justified and supported by the evidence submitted, and are concurred in by us.

The judgment must, therefore, be affirmed, with costs.

Present: EHRLICH, Ch. J., FITZSIMONS and NEWBURGER, JJ.

Judgment affirmed, with costs.

---

BERNARD S. McKEAN, Appellant, *v.* CHARLES H. ADAMS,
Respondent.

APPEAL by plaintiff from a judgment rendered upon the verdict of a jury.

*E. G. Bullard*, for appellant.

*Booraem, Hamilton & Beckett*, for respondent.

NEWBURGER, J.   This is an appeal by the plaintiff from a judgment in his favor upon the verdict of a jury.

A careful examination of the printed case fails to disclose any error in the trial of this action.   Judgment affirmed, with costs.

FITZSIMONS, J., concurs.
Judgment affirmed, with costs.